LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JESSIE CHERMAK, | No. EDCV 11-220 AGR |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($1,700.00) subject to the terms of the stipulation.

DATE: November 9, 2011     /s/ Alicia G. Rosenberg

HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

-1-