1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
3       Colton, California 92324
4       Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
5       E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  JESSIE CHERMAK,                     )    No.  EDCV 11-220 AGR
11                                      )
                                        )
12      Plaintiff,                      )    ORDER AWARDING EAJA FEES
                                        )
13      v.                              )
                                        )
14                                      )
   MICHAEL J. ASTRUE,                   )
15  Commissioner Of Social Security,    )
                                        )
16                                      )
        Defendant.                      )
17  _____)

18         Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

19         IT IS ORDERED that EAJA fees are awarded in the amount of ONE
20  THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($1,700.00) subject to the
21  terms of the stipulation.
22
23  DATE: November 9, 2011      _____
24                              HON. ALICIA G. ROSENBERG
25                              UNITED STATES MAGISTRATE JUDGE
26
27
28

                                    -1-